UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-00002-FDW-DSC

| OLIVIA WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| PATRICK R. DONAHOE, Postmaster General, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on reconsideration of Plaintiff's pro se motion to proceed without prepayment of fees or costs in this civil action. (Doc. No. 4). According to her Application to proceed with prepayment, which is completed under penalty of perjury, Plaintiff reports that she has been employed with the United States Post Office since March 12, 1988, and she has earned an average monthly income of $4,100 over the last twelve months and she expects to earn the same amount in the following month. Upon review of this matter, it appears that Plaintiff, after deducting taxes and other deductions, receives take home pay in the amount of roughly $2925 a month. Plaintiff discloses that she has monthly expenses in the amount of $2,988 which the Court finds appear to be reasonable. Accordingly, it appears that Plaintiff has insufficient funds at this time to pay the $400 filing fee in this matter.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's motion to reconsider is **GRANTED**, (Doc. No. 4), and her Application to proceed *in forma pauperis* will be **ALLOWED**. (Doc. No. 2).

2. The Clerk shall prepare process for delivery to the U.S. Marshal for service; and

1

3. The U.S. Marshal shall serve process upon the defendant at the expense of the United States Government although Plaintiff remains responsible for ensuring that process is perfected.

**IT IS SO ORDERED.**

Signed: February 3, 2014

Frank D. Whitney
Chief United States District Judge